UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PATRICK COLLINS** | : | |
| Plaintiff | : | Civil Action No. 11-4203 (FSH) |
| v. | : | |
| JOHN DOES 1-13, | : | |
| Defendant | : | |
| | : | |
| **K-BEECH, INC.,** | : | |
| Plaintiff | : | Civil Action No. 11-4776 (FSH) |
| v. | : | |
| JOHN DOES 1-39, | : | |
| Defendant | : | |
| | : | |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of motion of plaintiff's counsel to withdraw and to adjourn all deadlines by thirty days;

and the Court having determined that an expedited in-person hearing with all counsel, <u>pro se</u> defendants, and a representative of the plaintiffs shall be convened so as to not unduly and prejudicially delay these proceedings;

and the Court reminding the movant that counsel is responsible for handling this matter unless and until the motion is granted;

IT IS THEREFORE on this 24th day of February, 2012

ORDERED that any response to the motion to withdraw shall be submitted no later than **March 2, 2011 at noon**;

IT IS FURTHER ORDERED that there shall be an in-person hearing before the Undersigned on **March 5, 2012 at 9:30 a.m.** to address the motion of plaintiff's counsel to withdraw.  This date supercedes any automatic entries on the docket concerning the application.  Trial counsel for all parties and the plaintiff are required to appear in person at the hearing.  If the plaintiff fails to appear, its absence shall be deemed consent to the motion and a decision to abandon this case and the Undersigned will recommend to the United States District Judge that the Complaint be dismissed pursuant to Fed. R. Civ. P. 41;

IT IS FURTHER ORDERED that the plaintiff's counsel shall serve a copy of this Order upon the plaintiff by regular mail, certified or overnight mail/return receipt requested, and fax and/or email if available and file a certificate of service with the Clerk; and

IT IS FURTHER ORDERED that the request for a thirty-day extension of the deadlines is denied and all deadlines remain in full force and effect.

s/Patty Shwartz
United States Magistrate Judge