## Bowles Crow Lutzer & Newman LLP

54 West 21st Street, Suite 1007
New York, New York 10010
tel: 646.419.4264 fax: 866.844.8305
www.bowlescrow.com

Samantha H. Lutzer
*Attorney at Law*
646.374.0352
sam@bowlescrow.com

New York

Los Angeles

March 1, 2012

**Filed by ECF**
The Hon. Patty Shwartz
United States District Judge
USDC, District of New Jersey
Martin Luther King Courthouse
50 Walnut Street Room PO10
Newark, NJ 07101

  Re: <u>K-Beech, Inc. v. Richard Booth, et al.</u> Case No. 2:11-04776 (FSH)(PS)
    <u>Patrick Collins Inc. v. Jeffrey Hitchcock, et al.</u> Case No. 2:11-04203
    <u>(FSH)(PS)</u>
    Notice of Voluntary Withdrawal and Request to Close Case and Cancel Conference

Dear Judge Shwartz:

  I have advised my clients of your February 27, 2012 Order requesting their appearance in Court on Monday to address my firm's withdrawal motion. For administrative reasons, they have decided to withdraw the actions at this time, and I have filed Notices of Voluntary Withdrawal. For these reasons, we respectfully request that the cases be closed and the conference for Monday be cancelled.

            Yours very truly,

             /s/ Samantha H. Lutzer
            Samantha H. Lutzer (SE0898)

cc: Jeff Hitchcock
   Mary Kline
   Floyd G. Remley