## UNITED STATES DISTRICT COURT
## OF NEW JERSEY

| | |
|---|---|
| Patrick Collins, Inc., | |
| Plaintiff, | Civil Action No.: 2:11-cv-04203-FSH-PS |
| v. | |
| | **CERTIFICATE OF SERVICE** |
| Jeff Hitchcock, Juan Dickerson, Mary Kline, Floyd G. Remley, and John Doe 23, and John Doe 33, | |
| Defendants. | |

SAMANTHA H. LUTZER certify as follows:

1. That I am over the age of eighteen years and not a party to this action.

2. I served the Plaintiff, Patrick Collins, Inc., by email on the 27th[th] day of February, 2012, and by mail on the 3rd day of March 2012, by sending true and correct copies of the Court's February 27, 2012 Order to:

Patrick Collins, Inc.
Attn: Graham Travis
8015 Deering Avenue
Canoga Park, CA 91304

3. This is the business address of the Plaintiff.

_____
SAMANTHA H. LUTZER

1