# UNITED STATES DISTRICT COURT
# OF NEW JERSEY

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFF HITCHCOCK, JUAN DICKERSON, MARY KLINE, FLOYD G. REMLEY, AND JOHN DOE 23 AND JOHN DOE 33, <br><br> Defendants. | Civil Action No.: 2:11-cv-04203-FSH-PS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS, JEFF HITCHCOCK A.K.A. JOHN DOE 9, MARY KLINE A.K.A. JOHN DOE 17, FLOYD G. REMLEY A.K.A. JOHN DOE 38 AND JOHN DOE 23

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants Jeff Hitchcock a.k.a. John Doe 9, Mary Kline a.k.a. John Doe 17, Floyd G. Remley a.k.a. John Doe 38 and John Doe 23 ("Defendants"), from this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to having this case closed for administrative purposes.

3/2/12

SO ORDERED:

*/s/ Faith S. Hochberg*
Hon. Faith S. Hochberg, USDJ

Respectfully submitted,

*s/ Samantha Lutzer*
Samantha Lutzer (SE0898)
Bowles Crow Lutzer & Newman, LLP.
54 W. 21st Street, Suite 1007
New York, NY 10010
T: 646.374.0351
F: 866.844.8305
sam@bowlescrow.com
*Attorneys for Plaintiff*